No. 719. SPOKANE PORTLAND CEMENT CO. ET AL., EXECUTORS, *v.* SWANSON ET AL. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Laurence R. Hamblen* for petitioners. *Lawrence H. Brown* for Alice M. Swanson, Executrix, respondent.

No. 721. SABOURIN *v.* UNITED STATES. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. denied. *Louis J. Castellano* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Ellis N. Slack* for the United States.

No. 730. REIGEL *v.* HARRISON ET AL. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Murray Seasongood* for petitioner. *Frank E. Wood* and *Robert S. Marx* for respondents.

No. 734. BAKER CASTOR OIL CO. *v.* INSURANCE COMPANY OF NORTH AMERICA. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Forrest E. Single* and *David S. Jackson* for petitioner. *D. Roger Englar* and *Martin Detels* for respondent.

No. 740. FOXBORO COMPANY *v.* TAYLOR INSTRUMENT COMPANIES. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Edward F. McClennen* and *Edward G. Cur-*